IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01648-BNB

MARQUISE D. HARRIS,

    Plaintiff,

v.

OFFICER DAVID GALLEGOS #20791,
MATTHEW T. MILLIGAN #24186,
DETECTIVE CRAIG J. APPEL #18562,
ANTHONY CAMACHO #23277,
DARIN PARKER #19572,
CHAD CRENICH #15680,
DAVID KRIEGER #21072,
CHAD LAMPSON #25263,
JAMIE ECKHARDT #24946,
MARK WALTERS #12093,
ATF SPECIAL AGENT BRADLEY D. BYERSDORF,
JOE MARTINEZ,
CHIEF OATS,
THE CITY OF AURORA,
ED TAUER (Mayor),
RONALD S. MILLER (Aurora City Manager),
KENNETH SPANN (Resident Agent in Charge), and
ARTURO G. HERNANDEZ (AUSA),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2008

GREGORY C. LANGHAM
    CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED September 16, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01648-BNB

Marquise D. Harris
11661 Decatur Street, Apt. J-303
Westminster, CO 80234

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/16/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk