FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 3 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01648-EWN-KMT

MARQUISE D. HARRIS,

    Plaintiff,

v.

OFFICER DAVID GALLEGOS #20791,
MATTHEW T. MILLIGAN #24186,
DETECTIVE CRAIG J. APPEL #18562,
ANTHONY CAMACHO #23277,
DARIN PARKER #19572,
CHAD CRENICH #15680,
DAVID KRIEGER #21072,
CHAD LAMPSON #25263,
JAMIE ECKHARDT #24946,
MARK WALTERS #12093,
ATF SPECIAL AGENT BRADLEY D. BYERSDORF,
JOE MARTINEZ,
CHIEF OATS,
THE CITY OF AURORA,
ED TAUER (Mayor),
RONALD S. MILLER (Aurora City Manager),
KENNETH SPANN (Resident Agent in Charge), and
ARTURO G. HERNANDEZ (AUSA),

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal

shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: September 19, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01648-EWN-KMT

Marquise D. Harris
11661 Decatur St., #J303
Westminister, CO 80234

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Officer David Gallegos, Matthew T. Milligan Detective Craig J. Appel ,Anthony Camacho, Darin Parker, Chad Crenich, David Kriege, Chad Lampson ,Jamie Eckhardt, Mark Walters, Joe Martinez,Chief Oats,The City of Aurora, Ed Tauer (Mayor), Ronald S. Miller (Aurora City Manager), Bradley Beyersdorf, Kenneth Spann, and Arturo G. Hernandez

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Officer David Gallegos, Matthew T. Milligan Detective Craig J. Appel ,Anthony Camacho, Darin Parker, Chad Crenich, David Kriege, Chad Lampson ,Jamie Eckhardt, Mark Walters,Joe Martinez,Chief Oats,The City of Aurora,Ed Tauer (Mayor),Ronald S. Miller (Aurora City Manager), Bradley Beyersdorf, Kenneth Spann, and Arturo G. Hernandez; to The United States Attorney General; and to the United States Attorney's Office; AMENDED COMPLAINT FILED 09/05/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/23/08.

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk