IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01648-PAB-KMT

MARQUISE D. HARRIS,

    Plaintiff,

v.

OFFICER DAVID GALLEGOS #20791,
MATTHEW T. MILLIGAN #24186
DETECTIVE CRAIG J. APPEL #18562
ANTHONY CAMACHO #23277
DARIN PARKER #19572
DAVID KRIEGER #21072
CHAD LAMPSON #25263
JAMIE ECKHARDT #24946
MARK WALTERS #12093
CHAD CRENICH, #15680,
ATF SPECIAL AGENT BRADLEY D. BYERSDORF,
JOE MARTINEZ,
THE CITY OF AURORA,
CHIEF OATS,
ED TAUER (Mayor),
RONALD S. MILLER (Aurora City Manager),
KENNETH SPANN (Resident Agent in Charge), and
ARTURO G. HERNANDEZ (AUSA),

    Defendants.

## ORDER

Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." Based on the contents of "Plaintiff's Motion to Stay" (Doc. No. 31), because I was an Assistant United States Attorney

who worked on the case referenced by the plaintiff in his motion, and in order to avoid the appearance of impropriety, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

Dated this 8th day of January, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge