IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01648-PAB-BNB

MARQUISE D. HARRIS,

Plaintiff,

v.

OFFICER DAVID GALLEGOS, *et al*.,

Defendants.

## ORDER OF RECUSAL

For the reasons stated in my Order of Recusal dated April 2, 2003 [Doc. #86], in Civil Action No. 01-cv-00633,

IT IS ORDERED that I recuse myself in this case.

IT IS FURTHER ORDERED that the Clerk of the Court shall cause this case to be reassigned by random draw to another magistrate judge.

Dated January 9, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge